IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERENCE P. MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) |
| DEERE & COMPANY, | ) CASE NO.: 4:24-cv-04235-SLD |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Terence Murphy through his undersigned counsel, hereby states that this action and all claims asserted, or which could have been asserted, therein are hereby dismissed with prejudice. Plaintiff and Defendant shall bear his and its own attorney's fees, costs, and expenses.

STIPULATED AND AGREED this 20th day of June 2025.

Respectfully submitted,

By: /s/ *Dorothy A. O'Brien*
Dorothy A. O'Brien #AT0005877
**O'BRIEN & MARQUARD, PLC**
2322 East Kimberly Road, Suite 140S
Davenport, IA 52807
563-355-6060 Telephone
563-355-6666 Facsimile
Email: dao@emprights.com

*Attorney for Plaintiff*

1

80196886;1
81663201;1